DANE W. ANDERSON, ESQ.
Nevada State Bar No. 6883
JOSHUA M. WOODBURY, ESQ.
Nevada State Bar No. 11326
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511
Telephone: (775) 688-3000
Fax: (775) 688-3088
ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

M.H., a minor, by and through her
parents KURT HUNTOON and
MICHELLE HUNTOON,

        Plaintiff,

      vs.

WASHOE COUNTY, ex rel its WASHOE
COUNTY SCHOOL DISTRICT, a
political subdivision; and DOES I-X,
inclusive,

        Defendants.       /

Case No.: 3:13-cv-00546-RCJ-WGC

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED by and between Plaintiff M.H., a minor, by and

through her parents Kurt Huntoon and Michelle Huntoon and Defendant Washoe

County, ex rel its Washoe County School District, all parties acting through counsel,

that the within action be dismissed with prejudice and each party to assume and pay

their own respective attorney's fees and costs.

. . .

. . .

. . .

. . .

WOODBURN AND WEDGE
6100 Neil Road, Ste. 500
Reno, Nevada 89511
Tel: (775) 688-3000

1 | DATED this 2 day of June, 2014.

2 | WOODBURN AND WEDGE

3

4

5 | By: _____
   Dane W. Anderson

6 | Nevada Bar. No. 6883
   Joshua M. Woodbury, Esq.

7 | Nevada Bar No. 11326

8 | 6100 Neil Road, Suite 500
   Reno, NV 89511

9 | Telephone No.: 775-688-3000
   Attorneys for Plaintiff

10

11

12

13

14

15 | IT IS SO ORDERED.

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED this 2 day of June, 2014.

OFFICE OF THE GENERAL COUNSEL
WASHOE COUNTY SCHOOL DISTRICT

By: _____
   Sara K. Almo, Esq.
   Nevada Bar No. 11899
   Christopher B. Reich, Esq.
   Nevada Bar No. 10198
   Randy A. Drake, Esq.
   Nevada Bar No. 5287
   P.O. Box 30425
   Reno, NV 89520-3425
   Telephone No.: 775-333-6010
   Attorneys for Defendant

* * *

_____
UNITED STATES DISTRICT JUDGE

DATED: June____, 2014.

WOODBURN AND WEDGE
6100 Neil Road, Ste. 500
Reno, Nevada 89511
Tel: (775) 688-3000

-2-